No. 40.   Sucesión Rodriguez de las Albas et al *v.* Mullenhoff y Korber.   Apelación procedente de la Corte de Distrito de San Juan.   Resuelto en Agosto 8, 1904.   Desistido á instancia de la parte apelante.   Abogado del apelante: *Sr. Guzmán Benítez (José).*

---

No. 30.   Sobejano *v.* Alvarez.—Apelación procedente de de la Corte de Distrito de San Juan.   Resuelto en Octubre 3, 1904.   Desistido á instancia de la parte apelante.   ·Abogado del apelante: *Sr. Torres Monge.*

---

No. 31.   Sobejano *v.* Alvarez.—Apelación procedente de la Corte de Distrito de San Juan.   Resuelto en Octubre 3, 1904.   Desistido á instancia de la parte apelante.   Abogado del apelante: *Sr. Torres Monge.*

---

No. 32.   Sobejano *v.* Alvarez.—Apelación procedente de la Corte de Distrito de San Juan.   Resuelto en Octubre 3, 1904.   ·Desistido á instancia de la parte apelante.   Abogado del apelante: *Sr. Torres Monge.*

---

No. 29.   Pizá Hermanos *v.* Figueroa et al.—Apelación procedente de la Corte de Distrito de Ponce.   Resuelto en Octubre 3, 1904.   Desistido á instancia de la parte apelante: Abogado del apelante: *Sr. Bosch.*

---

No. 26.   Sucesores de Roses y Ca. *v.* Cordero.—Apelación procedente de la Corte de Distrito de Arecibo.   Resuelto en Octubre 12, 1904.   Desestimado el recurso por no haber presentado el apelante su alegato.   Abogado del apelante: *Sr. Ramos.*   Abogado del apelado: *Sr. Santoni.*